# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NEW WORLD INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> vs. <br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-16, ASSET BACKED CERTIFICATES, SERIOUS 2006-16, *et al.*, <br><br> Defendants. | 2:17-cv-02540-GMN-VCF <br> **ORDER** |

Before the Court is Deutsche Bank National Trust Company's Motion for Leave to File Amended Answer and Counterclaim (ECF No. 28).

No opposition has been filed. Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. The time to file an opposition has passed. Here, it seems as though Plaintiff has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that Deutsche Bank National Trust Company's Motion for Leave to File Amended Answer and Couterclaim (ECF No. 28) is GRANTED.

IT IS FURTHER ORDERED that Deutsche Bank National Trust Company must file the Amended Answer and Counterclaim on or before May 11, 2018.

DATED this 4th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE